KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Anderson George Armijo,

                    Petitioner,

v.

Eric Rokosky, et al.,

                    Respondents.

No. CV-26-03818-PHX-DWL (DMF)

**ORDER**

In his Petition under 28 U.S.C. § 2241, Petitioner challenged his present immigration detention, arguing he was denied a proper bond hearing; the immigration judge improperly found that "in the alternative," Petitioner was not entitled to bond; Petitioner's detention is unconstitutionally prolonged; and Petitioner was released from immigration detention in 2021 on his own recognizance but was not provided a pre-deprivation hearing prior to his re-detention. (Doc. 1.)  The Court directed Respondents to file a response. (Doc. 4.)

In their Response (Doc. 6), Respondents state: "Respondents do not oppose Petitioner's request for release at this time."  The Court accepts this statement as non-opposition to granting Petitioner's § 2241 Petition as to his release from custody.

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1)    Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody.  The remainder of the Petition is **denied as moot**.

(2)    Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

(3)    Respondents must provide a notice of compliance within **2 business days** of Petitioner's release.

(4)    Any pending motions are denied as moot.

(5)    The Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 18th day of June, 2026.

Dominic W. Lanza
United States District Judge